IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

DALE ALAN BARTON,                                    No. 6:24-cv-00140-CL

       Plaintiff,                                                    **ORDER**

      v.

HEIDI MILLER; MICHELLE
DAVIES; WARREN ROBERTS, MD,

       Defendants.

_____

AIKEN, District Judge:

This case comes before the Court on a Findings and Recommendation ("F&R") filed by Magistrate Judge Mark D. Clarke, ECF No. 113. Judge Clarke recommends that the Motion for Summary Judgment filed by Defendants Heidi Miller, Michelle Davies, and Warren Roberts, MD, ECF No. 107, be GRANTED and that the claims against them be DISMISSED.

Under the Federal Magistrates Act, a court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate judge's findings and recommendations, "the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

Page 1 – ORDER

For those portions of a magistrate judge's findings and recommendations to which neither party has objected, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."). Although no review is required in the absence of objections, the Magistrates Act "does not preclude further review by the district judge[] *sua sponte . . .* under a *de novo* or any other standard." *Id.* at 154. The Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court should review the recommendation for "clear error on the face of the record."

Here, the Court has reviewed Defendants' Motion, the other filings, and the F&R. Plaintiff filed no objections to the F&R.

The F&R, ECF No. 113, is therefore ADOPTED. Defendants' Motion, ECF No. 107, is GRANTED. The claims against Defendants Heidi Miller, Michelle Davies, and Warren Roberts, MD, are DISMISSED. Judgment shall be entered accordingly.

It is so ORDERED and DATED this ___30th___ day of June 2026.

 /s/Ann Aiken
ANN AIKEN
United States District Judge

Page 2 – ORDER